ALEXANDER D. BROWN, Fla Bar No.: 752665, *Pro Hac Vice*
ADAM S. GOLDMAN, Fla. Bar No.: 86761, *Pro Hac Vice*
The Concept Law Group, P.A.
6400 N. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Telephone: (754) 300-1325
ABrown@ConceptLaw.com
AGoldman@ConceptLaw.com

W. WEST ALLEN, Nevada Bar No.: 5566
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
WAllen@HowardandHoward.com

*Counsel for Defendants/Counter-Plaintiff ATM Metabolics, LLC and Defendant M. Joseph Ahrens*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PANACEA SCIENTIFIC, INC., a Nevada Corporation, | **Case No.: 2:17-cv-00869-MMD-VCF** |
| Plaintiff, | |
| vs. | |
| ATM METABOLICS, LLC, a Florida limited liability company, and M. JOSEPH AHRENS, an individual | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| ------------------------------ | |
| ATM METABOLICS, LLC, a Florida limited liability company, | |
| Counter-Plaintiff, | |
| vs. | |
| PANACEA SCIENTIFIC, INC., a Nevada Corporation, | |

1

|  |
|---|
| Counter-Defendant, |
| ----------------------------- |
| ATM METABOLICS, LLC, a Florida limited liability company, |
| Third-Party Plaintiff, |
| vs. |
| CHAD A. LACHAPELLE, an individual, |
| Third-Party Defendant. |

Defendant/Counter-Plaintiff, ATM METABOLICS, LLC ("ATM"), and Plaintiff/Counter-Defendant, PANACEA SCIENTIFIC, INC. ("Panacea") (collectively the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss this action, *with prejudice*, with each Party to bear its own fees and costs.

Dated this 25th day of July, 2017.

Respectfully submitted,

| LAW OFFICE OF BRENT ELLISON | THE CONCEPT LAW GROUP, P.A. |
|---|---|
| By: /s/ Brent T. Ellison<br>BRENT T. ELLISON, ESQ.<br>Nevada Bar No. 12200<br>600 South Third Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 852-1800<br>Email: brent@mynevadalawoffice.com<br>*Attorney for Plaintiff/Counter-Defendant, Panacea Scientific, Inc., and Third-Party Defendant, Chad A. LaChappelle* | By: /s/ Alexander D. Brown<br>ALEXANDER D. BROWN, ESQ.<br>Fla. Bar No. 752665 (*pro hac vice*)<br>ADAM S. GOLDMAN, ESQ.<br>Fla. Bar No. 86761 (*pro hac vice*)<br>6400 North Andrews Ave., Suite 500<br>Fort Lauderdale, Florida 33309<br>Telephone: (754) 300-1500<br>Email: abrown@conceptlaw.com<br>Email: agoldman@conceptlaw.com<br>*Attorneys for Defendants/Counter-Plaintiff and Third-Party ATM Metabolics, LLC., and Defendant, Dr. M. Joseph Ahrens* |

| | |
|---|---|
| **FLANGAS LAW FIRM LTD** | **HOWARD & HOWARD ATTORNEYS PLLC** |
| LEO P. FLANGAS, ESQ | W. WEST ALLEN, ESQ. |
| Nevada Bar No.: 5637 | Nevada Bar No. 5566 |
| 600 South Third Street | WADE GOCHNOUR. ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 6314 |
| Telephone.: (702) 384-1990 | 3800 Howard Hughes Parkway, Suite 1000 |
| Facsimile: (702)-384-1009 | Las Vegas, Nevada 89169 |
| Email: leo@flangaslawfirm.com | Telephone: (702) 457-1483 |
| *Attorney for Plaintiff/Counter-Defendant,* | Email: wwa@h2law.com |
| *Panacea Scientific, Inc., and Third-Party* | Email: wgochnour@howardandhoward.com |
| *Defendant, Chad A. LaChappelle* | *Attorneys for Defendants/Counter-Plaintiff and Third-Party ATM Metabolics, LLC., and Defendant, Dr. M. Joseph Ahrens* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

/s/  Alexander D. Brown

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE is granted.

IT IS SO ORDERED.

Dated: July 25, 2017

_____
U.S. District Judge